Kenneth M. Gutsch
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
Email: kgutsch@richmondquinn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JAMES KELLY,<br><br>              Plaintiff,<br><br>  v.<br><br>Walmart and EMPLOYEE JOHN DOE,<br><br>              Defendants. | **NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Case No. \_\_\_\_- cv -\_\_\_\_\_-\_\_\_ |

TO:        The United States District Court
             For the District of Alaska

AND TO:   Timothy Twomey ABA 0505033
             Crowson Law Group
             637 A Street
             Anchorage, AK 99501

Please accept this as notice that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, WALMART, INC. hereby files in the United States District Court for the District of Alaska this Notice of Removal of the following action: *James Kelly v. Walmart and Employee John Doe*, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-22-04645CI. Said defendant has filed a copy

of this Notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage and said action has thereby been removed from the Superior Court to this United States District Court.

The grounds for removal are as follows: Complete diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident and citizen of the State of Alaska (Ex. A, Complaint at p.1). Defendant, Walmart, Inc. is a Delaware corporation whose principal place of business is in Arkansas and is therefore a citizen of Delaware and Arkansas. Accordingly, there is complete diversity of citizenship amongst the parties.

Plaintiff's complaint seeks damages of $100,000 or more.

This removal is being filed within thirty (30) days after service of the complaint against Walmart, Inc. on March 17, 2022.

Based on the above, this court has removal jurisdiction over this action, and defendant Walmart, Inc. is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this ____ day of April, 2022, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By: _____
Kenneth M. Gutsch
Alaska Bar No. 8811186

*Notice of Removal to Federal Court*
*James Kelly v. Walmart and Employee John Doe.* Case No. 3AN-22-04645CI
Page 2 of 3

Case 3:22-cv-00079-HRH   Document 1   Filed 04/06/22   Page 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this ___10th___ day of April, 2022 on:

Timmy Twomey, Esq, ABA 0505033
Crowson Law Group
637 A Street
Anchorage, AK 99501

_____
RICHMOND & QUINN
I:\2245\2245.091\PLEADINGS\NTC OF FILING SERVICE LIST.docx

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

*Notice of Removal to Federal Court*
*James Kelly v. Walmart and Employee John Doe.* Case No. 3AN-22-04645CI
Page 3 of 3